**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: John Skippings       JOINT DEBTOR: _____       CASE NO.: 12-29159

Last Four Digits of SS# 3949       Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. $ 846.78 for months  1  to  36 ;
  B. $_____ for months ___ to ___;
  C. $_____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____  TOTAL PAID $_____
               Balance Due   $_____  payable $_____/month  (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Mortgage is current and paid outside the plan.

1. _____       Arrearage on Petition Date $_____
Address: _____   Arrears Payment $_____/month (Months ___ to ___)
                        Regular Payment $_____/month (Months ___ to ___)
Account No: _____

2. _____       Arrearage on Petition Date $_____
Address: _____   Arrears Payment $_____/month (Months ___ to ___)
                        Regular Payment $_____/month (Months ___ to ___)
Account No: _____

3. _____       Arrearage on Petition Date $_____
Address: _____   Arrears Payment $_____/month (Months ___ to ___)
                        Regular Payment $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Riverwood Condominium Association | Homestead property located at 19208 NE 25th Avenue, Apt302, Miami, FL 33180<br><br>Amount owned on First Mortgage according to Sch. D $ 221,778.04<br><br>Value of Association's interest in the property: $0 | 0 % | $ 715.00 | 1 To 36 | $25,740<br><br>Plan payments are only for prospective association dues. Otherwise, the debtor seeks to avoid the lien in full. |
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

LF-31 (rev. 01/08/10)

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due  $_____
                                           Payable    $_____/month  (Months\_\_\_ to \_\_\_) Regular Payment $_____
2. _____    Total Due  $_____
                                           Payable    $_____/month  (Months\_\_\_ to \_\_\_) Regular Payment $_____

Unsecured Creditors:  Pay $ 54.80_____/month  (Months  1    to    36   ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Mortgage and car loan are current and paid outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ John Skippings_____          _____
Debtor                                                   Joint Debtor
Date:   8/21/2012_____              Date:_____

LF-31 (rev. 01/08/10)