Certificate Number: 03621-FLS-DE-020353288

Bankruptcy Case Number: 12-29159



03621-FLS-DE-020353288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2013, at 6:20 o'clock PM EST, John M Skippings completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: February 25, 2013

By: /s/Damaris Soto

Name: Damaris Soto

Title: Credit Counselor