

ORDERED in the Southern District of Florida on May 6, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    CASE NO. 12-29159
John Skippings
              Debtor.
_____/

ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM # 3
FILED BY AmeriCredit Financial Services, Inc.

THIS CASE came before the Court on the Trustee's Objection to Claim3 filed by AmeriCredit Financial Services, Inc. and the Certificate of No Response and based on the record, it is ORDERED as follows:

The Trustee's Objection to Claim #3 is sustained. Claim# 3 filed by AmeriCredit Financial Services, Inc. is stricken and disallowed.

* * *

Submitted by
    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954) 443-4402

Nancy K Neidich, Esq shall serve a copy of this order on the creditor and file a certificate of service with the Clerk of the Court.